No. 98–5917. IN RE MCDERMOTT;
No. 98–5923. IN RE MELONCON;
No. 98–5951. IN RE KIMBERLIN;
No. 98–5982. IN RE HAMILTON;
No. 98–6004. IN RE WEBB, AKA WEBB-EL;
No. 98–6007. IN RE KING;
No. 98–6072. IN RE CANTRELL; and
No. 98–6075. IN RE OKORO. Petitions for writs of habeas corpus denied.

No. 98–5895. IN RE DEBARDELEBEN. Petition for writ of mandamus denied.

No. 98–6. EL PASO NATURAL GAS CO. ET AL. *v.* NEZTSOSIE ET AL. C. A. 9th Cir. Certiorari granted.

No. 97–1868. UNUM LIFE INSURANCE COMPANY OF AMERICA *v.* WARD. C. A. 9th Cir. Motions of Standard Insurance Co., Association of California Life and Health Insurance Companies, and American Council of Life Insurance et al. for leave to file briefs as *amici curiae* granted. Certiorari granted.

No. 97–1985. NEDER *v.* UNITED STATES. C. A. 11th Cir. Certiorari granted limited to the following questions: "1. Whether the trial court's failure to instruct the jury on the materiality element in this case was harmless error because materiality was not in dispute at trial? 2. Whether materiality is an element of the crimes set forth in the federal mail fraud (18 U. S. C. § 1341), wire fraud (18 U. S. C. § 1343), and bank fraud (18 U. S. C. § 1344) statutes?"

No. 97–1947. BEVERLY COMMUNITY HOSPITAL ASSN., DBA BEVERLY HOSPITAL, ET AL. *v.* BELSHE, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH SERVICES, ET AL.;
No. 97–1949. GILMORE ET AL. *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.; and
No. 97–2079. CALIFORNIA AMBULANCE ASSN. ET AL. *v.* BELSHE, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH SERVICES, ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 132 F. 3d 1259.